JARED G. CHRISTENSEN, ESQ.
Nevada State Bar No. 11538
DELEELA M. WEINERMAN, ESQ.
Nevada State Bar No. 13985
BREMER WHYTE BROWN & O'MEARA LLP
1160 N. TOWN CENTER DRIVE
SUITE 250
LAS VEGAS, NV 89144
TELEPHONE:  (702) 258-6665
FACSIMILE:   (702) 258-6662
jchristensen@bremerwhyte.com
dweinerman@bremerwhyte.com

*Attorneys for Defendant,*
*Amanda Elizabeth Lanham*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| HECTOR CLEMENTE and TINA CLEMENTE, individually and as natural parents and legal guardians of EZRA CLEMENTE, a Minor,<br><br>Plaintiffs,<br><br>vs.<br><br>AMANDA ELIZABETH LANHAM, an individual; POSTMATES, LLC, a Foreign Limited Liability Corporation; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No. 2:22-cv-02169-RFB-BNW<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES**<br><br>**(FIRST REQUEST)** |

All of the parties hereto, and for good cause described in this stipulation, and in accord with Local Rule 6-1 and Local Rule 26-3, the parties hereby request this Honorable Court to adopt and approve this stipulated extension to the discovery plan and continue the discovery deadlines for 120-days as requested herein.

///
///
///
///

1357.199  4862-7956-2338.1

## I.     LOCAL RULE IA 6-1 IS SATISFIED

This is the first request for extension of discovery deadlines filed by the parties. Pursuant to the Discovery Plan and Scheduling Order from February 13, 2023, the following dates govern for purposes of discovery:

1. Discovery Cutoff Date:      July 28, 2023
2. Amend Pleadings/Add Parties:      May 1, 2023
3. Initial Expert Disclosure:      May 30, 2023
4. Rebuttal Expert Disclosure:      June 29, 2023
5. Dispositive Motions:      August 28, 2023
6. Joint Pre-Trial Order:      September 27, 2023

Defendant Lanham was not served until March 15, 2023. Defendant Lanham then filed an Answer on April 5, 2023. Plaintiffs have requested Defendants agree to remand this matter to state court and those discussion are still ongoing. Additionally, Defendant Lanham has requested HIPAA authorizations from Plaintiffs which are still pending. As such the parties need additional time to conduct discovery in preparation for initial expert disclosures. Moreover, additional time is required to conduct any written discovery, schedule depositions and to complete any other additional discovery. Accordingly, the parties are requesting a 120-day extension to all discovery deadlines.

The instant request comports with Local Rule IA 6-1, in that no request is being made after the expiration of the specified period.

## I.     LOCAL RULE 26-3 IS SATISFIED

The instant request to extend discovery deadlines satisfies the requisites of Local Rule 26-3. Additionally, good cause exists for the extension. Defendant Lanham was not served until March 15, 2023. Defendant Lanham then filed an Answer on April 5, 2023. Plaintiffs have requested Defendants agree to remand this matter to state court and those discussion are still ongoing. Additionally, Defendant Lanham has requested HIPAA authorizations from Plaintiffs which are still pending. As such the parties need

1357.199  4862-7956-2338.1

additional time to conduct discovery in preparation for initial expert disclosures. Moreover, additional time is required to conduct any written discovery, schedule depositions and to complete any other additional discovery. Accordingly, the parties are requesting a 120-day extension to all discovery deadlines.

Listed below is a statement specifying the discovery completed in this case:

| | |
|---|---|
| Plaintiffs' Initial Disclosures | January 24, 2023 |
| Postmates, LLC's Initial Disclosures | February 8, 2023 |

The parties are requesting an additional 120-days be afforded for discovery. The following deadlines are requested.

| | | |
|---|---|---|
| 1. | Discovery Cutoff Date: | November 27, 2023 |
| 2. | Expert Designations: | September 28, 2023 |
| 3. | Rebuttal Expert Designations: | October 30, 2023 |
| 4. | Dispositive Motions: | December 27, 2023 |
| 5. | Joint Pre-Trial Order: | January 26, 2024 |

The parties hereby stipulate to the proposed changes in the discovery deadlines.

Dated this 5th day of May 2023

ERIC ROY LAW FIRM

By: /s/ Stephen K. Lewis
Eric Roy, Esq.
Nevada Bar No. 11869
Stephen K. Lewis, Esq.
Nevada Bar No. 7064
*Attorneys for Plaintiffs,*
*Hector Clemente, Tina Clemente*
*and Ezra Clemente*

Dated this 5th day of May 2023

BREMER WHYTE BROWN & O'MEARA, LLP

By: /s/ Deleela M. Weinerman
Jared G. Christensen, Esq.
Nevada Bar No. 11538
Deleela M. Weinerman, Esq.
Nevada Bar No. 13985
*Attorneys for Defendant,*
*Amanda Elizabeth Lanham*

///

///

///

1357.199  4862-7956-2338.1

Dated this 5th day of May 2023
WOOD, SMITH, HENNING & BERMAN, LLP

By: */s/ Susana Santana*
Susana Santana, Esq.
Nevada Bar No. 13753
Manuel Gurule, Esq.
Nevada Bar No. 15926
*Attorneys for Defendant,*
*Postmates, LLC*

## ORDER

## IT IS SO ORDERED:

_____

**UNITED STATES MAGISTRATE JUDGE**

Dated: May 8, 2023

The **STIPULATION AND ORDER TO EXTEND DISCOVERY (FIRST REQUEST)** in 2:22-cv-02169-RFB-BNW was submitted by:

BREMER WHYTE BROWN & O'MEARA LLP

By: */s/ Deleela M. Weinerman*
Jared G. Christensen, Esq.
Nevada State Bar No. 11538
Deleela M. Weinerman
Nevada State Bar No. 13985
*Attorneys for Defendant,*
*Amanda Elizabeth Lanham*

4

1357.199  4862-7956-2338.1