ERIC ROY, ESQ.
Nevada Bar No. 11869
STEPHEN K. LEWIS ESQ.
Nevada Bar No. 7064
**ERIC ROY LAW FIRM**
703 South Eighth Street
Las Vegas, Nevada 89101
T: (702) 423-3333
F: (702) 924-2517
Eric@ericroylawfirm.com
Steve@ericroylawfirm.com
*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

*****

| | |
|---|---|
| HECTOR CLEMENTE and TINA CLEMENTE, individually and as natural parents and legal guardians of EZRA CLEMENTE, a Minor,<br><br>Plaintiffs,<br><br>v.<br><br>AMANDA ELIZABETH LANHAM, an individual; POSTMATES, LLC, a Foreign Limited Liability Corporation; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | CASE NO.: 2:22-cv-02169-RFB-BNW |

**STIPULATION AND ORDER TO STAY DISCOVERY DEADLINES**

Plaintiffs HECTOR CLEMENTE, TINA CLEMENTE, and EZRA CLEMENTE, a minor, and Defendants, AMANDA ELIZABETH LANHAM and POSTMATES, LLC, by and through their respective counsel of record, submit the foregoing stipulation and order to stay discovery deadlines as follows:

1. <u>Summary of Discovery Completed:</u>

To date, the following discovery has been completed in this case:

-1-

| Plaintiffs Initial Rule 26(a) Disclosures | 1/24/2023 |
|---|---|
| Defendant Postmates Initial Rule 26(a) Disclosures | 2/8/2023 |
| Plaintiffs' First Set of Requests for Admission, Requests for Production and Interrogatories to Defendant Postmates | 3/29/2023 |
| Plaintiffs First Supplemental Rule 26(a) Disclosures | 5/9/2023 |
| Defendant Elizabeth Lanham Initial Rule 26(a) Disclosures | 5/9/2023 |
| Defendant Postmates First Supplemental Rule 26(a) Disclosures | 5/18/2023 |
| Defendant Postmates's Responses to Plaintiffs First Set of Requests for Production of Documents and Answers to Plaintiffs First Set of Interrogatories | 5/18/2023 |
| Defendant Elizabeth Lanham First Supplemental Rule 26(a) Disclosures | 6/20/2023 |

2. Discovery Remaining

The following discovery remains to be completed:

a) The parties will disclose inital expert witnesses;

b) The parties will disclose rebuttal expert witnesses;

c) Additional Written Discovery;

d) Deposition of Person(s) Most Knowledgeable for Defendant;

e) Deposition of Plaintiff;

f) Deposition of Defendant

g) Deposition(s) of percipient witnesses;

h) Deposition(s) of treating physicians; and

i) Deposition(s) all expert witnesses.

3. Reason Why Discovery Was Not Completed

The parties initial focus in this case was to determine if this matter would be remanded. The parties have agreed to remand. Therefore, the parties have filed a Stipulation and Order to Remand to State Court on 7/26/2023. Currently, the Stipulation and Order is still pending

signature of the United States District Judge. As such, the parties believe that good cause exists to justify the stay of discovery deadlines to allow for additional time to file the appropriate pleadings to finalize remanding to State Court. Once this case remands back to State Court, new discovery deadlines will be appointed per the Joint Case Conference Report filed in State Court.

**4.** <u>Current Schedule for Completing Discovery</u>

| Event | Current Deadline |
|---|---|
| Expert Designations | September 28, 2023 |
| Rebuttal Expert Designations | October 30, 2023 |
| Discovery Cut-off | November 27, 2023 |
| Dispositive Motions | December 27, 2023 |
| Joint Pre-Trial Order | January 26, 2024 |

Accordingly, the parties respectfully request that this Court enter an order setting the following stay of current discovery deadlines:

Counsel further state that the requested stay of discovery deadlines is not offered for purposes of delay, but rather for the purposes set forth above.

| | |
|---|---|
| **DATED** this <u>25th</u> day of September, 2023.<br><br>**ERIC ROY LAW FIRM**<br><br>/s/ *Eric Roy*<br>Eric Roy, Esq.<br>Nevada Bar No. 11869<br>Stephen K. Lewis, Esq.<br>Nevada Bar No. 7064<br>703 South Eighth Street<br>Las Vegas, Nevada 89101<br>*Attorneys for Plaintiffs* | **DATED** this <u>25th</u> day of September, 2023.<br><br>**WOOD SMITH HENNING & BERMAN, LLC**<br><br>/s/ *Dane W. Smith*<br>Susana Santana, Esq.<br>Nevada Bar No. 13753<br>2881 Business Park Court, Suite 200<br>Las Vegas, Nevada 89128-9020<br>*Attorney for Defendant, Postmates, LLC* |

**DATED this** 25th **day of September, 2023.**

**BREMER WHYTE BROWN &
O'MEARA, LLP**

*/s/ Deleela M. Weinerman*
Jared G. Christensen, Esq.
Nevada Bar No. 11538
Deleela M. Weinerman, Esq.
Nevada Bar No. 13985
*Attorneys for Defendant,
Amanda Elizabeth Lanham*

# ORDER

IT IS SO ORDERED.

Dated this  26  day of September, 2023.

Respectfully Submitted by:

**ERIC ROY LAW FIRM**

/s/ *Eric Roy*
Eric Roy, Esq.
Nevada Bar No. 11869
Stephen K. Lewis, Esq.
Nevada Bar No. 7064
703 South Eighth Street
Las Vegas, Nevada 89101
*Attorneys for Plaintiffs*

**IT IS SO ORDERED**

**DATED:** 10:20 am, September 26, 2023

**BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE**

# Jennifer Pascual

| | |
|---|---|
| **From:** | Deleela M. Ivey Weinerman <dweinerman@bremerwhyte.com> |
| **Sent:** | Wednesday, September 20, 2023 12:45 PM |
| **To:** | Jennifer Pascual; Stephen Lewis |
| **Cc:** | SSantana@wshblaw.com; Jared G. Christensen; Alexis Robinson; Autumn Humble; Dane W. Smith; Kyle J. Hoyt |
| **Subject:** | RE: Clemente vs. Lanham - 2:22-CV-02169-RFB-BNW (BWBO 1357.199) |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

You may insert my signature.

Thanks!


**Deleela M. Ivey Weinerman**
Bremer Whyte Brown & O'Meara, LLP | Las Vegas, NV
d: 725.210.8822
t: 702.258.6665
f: 702.258.6662

---

**From:** Jennifer Pascual <Jennifer@ericroylawfirm.com>
**Sent:** Wednesday, September 20, 2023 12:31 PM
**To:** Stephen Lewis <steve@ericroylawfirm.com>; Deleela M. Ivey Weinerman <dweinerman@bremerwhyte.com>
**Cc:** SSantana@wshblaw.com; Jared G. Christensen <jchristensen@bremerwhyte.com>; Alexis Robinson <arobinson@bremerwhyte.com>; Autumn Humble <ahumble@bremerwhyte.com>; Dane W. Smith <DSmith@wshblaw.com>; Kyle J. Hoyt <KHoyt@wshblaw.com>
**Subject:** RE: Clemente vs. Lanham - 2:22-CV-02169-RFB-BNW (BWBO 1357.199)

Attached is the revised version.



**CONFIDENTIALITY NOTICE**:  This electronic transmission (including any files attached hereto) contains information that is legally privileged, confidential, and exempt from disclosure.  It is intended for use only by the individual or entity named above.  If you are not the intended recipient or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any disclosure, dissemination, copying, distribution, or the taking of any action in reliance on the contents of this confidential information is strictly prohibited.  If you have received this communication in error, please destroy it, remove it from your computer and/or network, and immediately notify me by email.  Thank you.  Receipt by anyone other than the named recipient(s) is not a waiver of any attorney-client, work product or other applicable privilege, protection or doctrine.
***Any email address attached that has the ending @projects.filevine.com is sent to our file management system "Filevine."***

---

**From:** Stephen Lewis <steve@ericroylawfirm.com>
**Sent:** Wednesday, September 20, 2023 11:17 AM
**To:** Deleela M. Ivey Weinerman <dweinerman@bremerwhyte.com>; Jennifer Pascual <Jennifer@ericroylawfirm.com>

1

# Jennifer Pascual

| | |
|---|---|
| **From:** | Dane W. Smith <DSmith@wshblaw.com> |
| **Sent:** | Friday, September 22, 2023 1:43 PM |
| **To:** | Jennifer Pascual; Stephen Lewis; Deleela M. Ivey Weinerman |
| **Cc:** | Jared G. Christensen; Alexis Robinson; Autumn Humble; Kyle J. Hoyt |
| **Subject:** | RE: Clemente vs. Lanham - 2:22-CV-02169-RFB-BNW (BWBO 1357.199) |

Good Afternoon,

Please add my name to my firm's signature block. You may affix my e-signature.

Thanks,

**Dane W. Smith**
Associate
**WOOD SMITH HENNING & BERMAN LLP**

A 2881 Business Park Court, Suite 200, Las Vegas, NV 89128-9020
D 702.940.0352  M 661.755.3197
E dsmith@wshblaw.com  W https://url.avanan.click/v2/___www.wshblaw.com___.YXAzOmVyaWNyb3lsYXc6YTpvOmM4YjkwYTA3MjhhYzFkY2...

Personal Bio · Facebook · LinkedIn · Twitter

---

**From:** Jennifer Pascual <Jennifer@ericroylawfirm.com>
**Sent:** Wednesday, September 20, 2023 12:31 PM
**To:** Stephen Lewis <steve@ericroylawfirm.com>; Deleela M. Ivey Weinerman <dweinerman@bremerwhyte.com>
**Cc:** Susana Santana <SSantana@wshblaw.com>; Jared G. Christensen <jchristensen@bremerwhyte.com>; Alexis Robinson <arobinson@bremerwhyte.com>; Autumn Humble <ahumble@bremerwhyte.com>; Dane W. Smith <DSmith@wshblaw.com>; Kyle J. Hoyt <KHoyt@wshblaw.com>
**Subject:** [EXTERNAL] RE: Clemente vs. Lanham - 2:22-CV-02169-RFB-BNW (BWBO 1357.199)

Attached is the revised version.



**CONFIDENTIALITY NOTICE**:  This electronic transmission (including any files attached hereto) contains information that is legally privileged, confidential, and exempt from disclosure.  It is intended for use only by the individual or entity named above.  If you are not the intended recipient or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any disclosure, dissemination, copying, distribution, or the taking of any action in reliance on the contents of this confidential information is strictly prohibited.  If you have received this communication in error, please destroy it, remove it from your computer and/or network, and immediately notify me by email.  Thank you.  Receipt by anyone other than the named recipient(s) is not a waiver of any attorney-client, work product or other applicable privilege, protection or doctrine.
***Any email address attached that has the ending @projects.filevine.com is sent to our file management system "Filevine."***